■   THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD STYLES, Appellant.—Judgment of the Supreme Court, Queens County, rendered June 8, 1978, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Rabin, J. P., Gulotta, Shapiro and Mangano, JJ., concur.